# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| ZACHARY STANLEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. 2:21-CV-2029 |
| | ) |
| RUG DOCTOR, LLC, | ) |
| | ) |
|     Defendant. | ) |

___

## NOTICE OF SETTLEMENT
___

Plaintiff Zachary Stanley and Defendant Rug Doctor, LLC, hereby give notice that the parties have reached an agreement for the resolution of this matter and are in the process of completing settlement documents. The parties respectfully request 30 days to file their stipulation of dismissal with prejudice.

Dated: May 10, 2021

*/s/ Luke Sanderson*
J. Luke Sanderson #35712
*Attorney for Plaintiff*
Wampler, Carroll, Wilson & Sanderson, P.C.
44 N 2nd Street, Ste 502
Memphis, TN 38103
(901) 523-1844

*/s/ Jennifer Rusie*
Jennifer Rusie
*Attorney for Defendent*
Suntrust Plaza, Ste 1200
Nashville, TN 37219