# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY STANLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:21-cv-02029-JPM-atc ) ) |
| RUG DOCTOR, LLC, | ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice, filed by the parties on August 23, 2021. (ECF No. 10.) The parties appear to have reached a resolution in this matter. Accordingly, pursuant to the Stipulation of Dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims between the parties in connection with this matter are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 24th day of August, 2021.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE