# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ZACHARY STANLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:21-cv-02029-JPM-atc |
| v. | ) |
| | ) |
| RUG DOCTOR, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Joint Stipulation, filed on August 23, 2021 (ECF No. 10), and the Court having entered an Order of Dismissal (ECF No. 11),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

August 24, 2021
Date